**AGSOUTH GENETICS LLC and University Georgia Research Foundation, Inc., Plaintiffs–Appellees,**

v.

**GEORGIA FARM SERVICES LLC, Defendant–Appellant,**

and

**E and I Diversified Farm Service Inc, Terrell Peanut Company, and Edward Parker, Individually, Defendants,**

and

**Jim Usry, Respondent.**

No. 2014–1571.

United States Court of Appeals, Federal Circuit.

Nov. 14, 2014.

Cecil Duff Nolan, Jr., Duff Nolan, Nolan Law Group PLLC, Stuttgart, AR, for Plaintiffs–Appellees.

Daniel A. Kent, Esq., Kent Law, P.C., Alpharetta, GA, for Defendant–Appellant.

Jesse Groover Bowles, III, Cuthbert, GA, for Defendant.

### ON MOTION

### ORDER

Upon consideration of Georgia Farm Services, LLC's unopposed motion to withdraw its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.